UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

**Civil Case No. 0:18-CV-00066-HRW**

**United States of America,**  Plaintiff,
v.

**Rose O. Uradu, M.D.**
**a/k/a Onyinyechi Rose Uradu;** and
**Ultimate Care Medical Services, LLC**
**d/b/a Ultimate Treatment Center,**  Defendants.

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Settlement Agreement between the United States and Rose O. Uradu, M.D. and Ultimate Care Medical Services, LLC, Inc. effective August 1, 2019, hereby stipulate to the dismissal with prejudice of this action.

DATED: August 14, 2019                    Respectfully submitted,

                                                       ROBERT M. DUNCAN, JR.
                                                       UNITED STATES ATTORNEY

                                      By:     /s/ *Meghan Stubblebine*
                                                       Christine Corndorf
                                                       Meghan Stubblebine
                                                       Assistant United States Attorneys
                                                       260 W. Vine Street, Suite 300
                                                       Lexington, Kentucky 40507
                                                       859.233.2661
                                                       859.233.2533 (fax)
                                                       Christine.Corndorf@usdoj.gov
                                                       Meghan.Stubblebine@usdoj.gov

                                                       *Counsel for the United States of America*

*With permission:*

/s/ *J. Fox DeMoisey*

J. Fox DeMoisey
DeMoisey Law Office, PLLC
4360 Brownsboro Road, Suite 315
Louisville, KY  40207
Tel:   (502) 585-5500
Fax:  (502) 585-1386
fox@demoiseylaw.com



/s/ *Khalid A. Kahloon*

Kahloon Law
600 West Main Street, Ste 500
Louisville, KY 40202
Tel:    (502) 261-7200
Fax:   (502) 371-8171
kahloon@msn.com

*Counsel for Defendants*

**Certificate of Service**

      The undersigned hereby certifies that on August 14, 2019, a true and correct copy of the foregoing has been served via CM/ECF, which will send electronic notification of such filing to all counsel of record.

      /s/ Meghan Stubblebine
      Assistant United States Attorney